THIS HOSPITAL IS the Worst HOSPITAL PRISON Ive Everbeen
IN PRISON IS better then this HospitAl. please get the FBI
Director to InvestAgate MR comex Audio video All InformAtione
these People Are quacks. Conduct A full federal InvestAgation
CIA InvestAgation.

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RicHArd Howard Beall JR 13801
8450 Dorsey Run Road
Jessup, MD 20794
Clifton + pirkins HospitAl center

(Full name, prison identification
number and address of the plaintiff)

v.

Larry
Govener LAwrAnce HogAN / Tom Lewis
8450 Dorsey Run Road
Jessup, MD 20794
Clifton + pirkins HospitAl center

(Full name and address of the defendant(s))

Director Robinson All STAFF video Audio
AdAm Hockner, CO ROSS,
CO. Green, Jenivive, peter
IKE All STAFF on Audio video
KeSHIA (nurse), Steve Brown (nurse), Rogers (nurse)
MR thesLA, HemA PAtel, All STAFF
KAtHy Doctor SHIA,
Doctor KArim SAyed,
PAul Vince All STAFF
medicAl

FILED
LODGED          ENTERED
RECEIVED

FEB 13 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

Civil Action No. GJH 17.423
(Leave blank on initial filing to be filled in by Court.)

COMPLAINT

I.    Previous lawsuits

A.    Have you filed other cases in state or federal court dealing with the same facts as
      in this case or against the same defendants?

          YES ☒        NO ☒      other cases #ers

B.    If you answered YES, describe that case(s) in the spaces below.

1.    Parties to the other case(s):

Plaintiff: _____ gJHIS 2180
Defendant(s): _____ gJH-16-3438
                      gJH-163678

1983 Complaint (Rev. 05/2013)          6

1

2.    Court (if a federal court name the district; if a state court name the city or

county): _6 500 cherry wood LANE GreenbeltMD_
        _20770_

3.    Case No.: _gJH-16-3438_  _ggH-16-3678_

4.    Date filed: _CANt rember_

5.    Name of judge that handled the case: _HAzel_

6.    Disposition (won, dismissed, still pending, on appeal): _pending_

_oviousley ._

7.    Date of disposition: _None ?_
Pleabe Send IN the UNited StAtes mArshells And
        NAto troops ArmyNAtiowal gaurd soldiers.
**II.    Administrative proceedings**  OtAN tribe NAto troops FBI Director
                                                            coмey

A.    If you are a prisoner, did you file a grievance as required by the prison's
administrative remedy procedures?

YES ☒    NO ☒ ? CANt rember ? check
                        1800-747-7454

1.    If you answered YES:

    a.    What was the result? _None ?_

    _____

b.    Did you appeal?

        YES ☐    NO ☒

2.    If you answered NO to either of the questions above, explain why: _
_they oviousley wont help me treatment_
_teAm DeSiSTONS_

They Are Doing Anything to operate Illegallay Against US And DANIe
DANiel LANAHAN Doctors STAFF Do to Are CiViL CASES please send
In the Army NatioNal gaurd CurNiAl SHAWN murphy mcINsTAloF
NAto DAvid PATraveS New CJA Director FBI Director Comeys troops
AnyoNe please help A.S.A.P TArget AmericA FLy IN All NAto troops
A.S.A.P. SHut DowN this HospitAl And PAtuxent.

III.   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each
defendant did or how he/she is involved. If you are making a number of related claims,
number and explain each claim in a separate paragraph.)   They Are LieiNg ON USA.   Some stuFF

ON 2-7-2017 Acessive Force WAS Used oN ~~the~~ Me AudioVideo
11:00 -11:30 They Are ViolAtiNg my wrights DisrespectiNg me AND
LANAMAN DANiel#12o58. The CHAir WAS put IN A spot were YOU
could Not See them AssultiNg me then pushed BACk I suFFer
From BACk Neck PAiN And Arm wrist PAiN Neglect By
STAFF PAiN suFFeriNg they Refused to Remove my CASton
time. They AtAcked me very BAd oN Audio video   Everyone
wAtched. I AM IN pAiN suFFeriNg they ReFuse to ReleAse us
help. Cruel UNusiAl puNishment 8th Amendment violAtioNs.

IV.   **Relief**   14 Amendment Due process violAtioN
(State briefly what you want the Court to do for you.)

2.5 milliON Dollers SAme Relief JFM-15-2030 NAto troopS
And Army NAtioNal GAurd to shut DowN this HospitAl
STAFF. Trumps AdmiNstration tobe INformed ASAP

SIGNED THIS ___8___ day of, ___Febuary_____, 2017.

the DepArtment oF DeFFeNCe
New Director to Be MY
GAurdiAN FLy IN NAto otAN
troops tArget AmericA
shut DowN All the ENemy over
Seas operatioNs JFM-16-828
MAke AmericA GreAt AgAiN
Study All DANiel LANAHAN#12o58
INFormation For NAtioNal Security Home LANd Security.
EmergeNcy Releses For My commrads. IN God we trust
And Justice For All. I Need CANNibis, methAdone or ZANAX
NArcotics And oxycottoNs For my PAiN Please shut DowN this
HospitAl And PAtuxent INstAtion By NAto troops. help.

*Richard Beall*
(original signature of plaintiff)

845o Dorsey RuN Road
Jessup MD 2o794
CliFtoN T PirkiNs HospitAl Center
(address of plaintiff)

Please contact the state directors of the new FBI Audio And video Evidince. Please tArget AmericA Shut down the ENemy over seas And the people AssisTing them F/x iN NATo otAN troops call FBI DirecTor comey Send IN United StAtes mArchells A.S.A.P. Get me proper NArcotics they negleted my wurist HANd CAST PAIN.

<u>CERTIFICATE OF SERVICE</u>   Please get mcrisTAl of NAto And shawn murphy And DAvid PAtrauss And trump to be my GaurdiAN

I hereby certify that on this ___8th___ day of ___FebuAry___, 20_17_, a copy of this

___42 USC § 1983 Form___, was mailed, postage prepaid, to

(name and address of the attorney or person to whom you sent it).   EmergeNcy Release.

101 west LombArd street
BAlt, mD 21201

(your signature) _Richard Broll_

It is <u>not</u> necessary to state in the certificate of service that copies were sent to the Court or to the Clerk. Do TRUMPS vice Voice mAil HAs been IN Formed CBS News FOr this IN vesTAgation. They Restrained me were CAmrAS could not Do not file any motions or memoranda that are longer than fifty pages unless you have received See ABuse. permission from the Court. Most motions and memoranda should be much shorter than fifty pages. Please tell judge moTz they Are violATing All LANAHAN wrights JFM-15-2030 JFM-15-2511 JFM-16-821

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to [help judge motz Judge HAzel] their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file. They HAve Lied IN my Insidents MedicAl chArts

Please conduct A full Fedral InvesTAgation on me LANAHAN

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it. ON 2-6-2017 I INFormed the community group And the nurse IN CHArge the stAFF officer Nurse's Insinuated INtelgence thAt they were going to Kill INmAte DANiel LANAHAN #12058 Nurse steve Brown Nurse Rogers C.o. Ross And KeshiA Insinuated the Intelgence. I cAlled the United StAtes Army 1-800-223-3735 Informed Fort KNox head courters pressed # 0 CAuse INmAte DANiel LANAHAN Is RElAted to His cousion SHAWN murphy of the First Airborne who sAved All troops Lives IN IRAq AFgAinsTAIN MediVAC helicopter Pilot. ADAm Hockner And the stAFF ATTAcked me 2-7-2017 At 11:00 to 11:30 PM Am I WAS CHoked Accessive Force WAS used. The stAFF Nurses HAve No Respect For me CAuse I HAve Been A trump supporter my CASE #ers oN 2-8-2017 they put me IN ResTrAInts, the ON 2-7-2017 the FBI WAS INFormed of the ABuse. And the stAFF HAd No respect For MR trump or me or DANiel LANAHAN, this Is tArget AmericA please Fly IN All the NAto troops to shut DowN this HospitAl And PATuxent InstAtution officers. All they cAN do Is threaten to get AWAy with Killing LANAHAN.